# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CHARLES BRACKHAN
Reg. #19304-026                                         PETITIONER

v.                       No. 2:18-cv-19-DPM

BEASLEY, Warden, FCI-Forrest City                       RESPONDENT

## ORDER

On *de novo* review, the Court adopts the recommendation, № 4, and overrules Brackhan's objections, № 5. FED. R. CIV. P. 72(b)(3). Brackhan hasn't shown that a § 2255 motion "is inadequate or ineffective to test the legality of his detention." 28 U.S.C. § 2255(e). His § 2241 petition will therefore be dismissed without prejudice for lack of jurisdiction.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 March 2018