# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

CHARLES BRACKHAN
Reg. #19304-026                                                    PETITIONER

v.                          No. 2:18-cv-19-DPM

BEASLEY, Warden, FCI-Forrest City                                  RESPONDENT

## JUDGMENT

Brackhan's petition is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 March 2018